# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2013

147192

JOHNA BENEFIELD,
   Plaintiff-Appellee,

v

THE CINCINNATI INSURANCE COMPANY,
THE VILLAGE AT STONEGATE POINTE
CONDOMINIUM ASSOCIATION, and NORTH
MANAGEMENT, INC.,
   Defendants-Appellees.

_____

JOHNA BENEFIELD,
   Plaintiff-Appellee,

v

BYRON CRAFT,
   Defendant-Appellant,
and

RICHARD R. KOLAR,
   Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147192
COA: 300307
Oakland CC: 2008-092119-CZ

Oakland CC: 2008-097062-CZ

   On order of the Court, the application for leave to appeal the March 19, 2013 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE that portion of the Court of Appeals judgment that reversed the trial court's exclusion of emotional distress damages for the plaintiff's breach of contract and negligence claims. Emotional distress damages are generally not recoverable for breach of a commercial contract, and the plaintiff did not establish that such damages were within the contemplation of the parties at the time the contract was made. *Kewin v Massachusetts Mutual Ins Co*, 409 Mich 401, 419 (1980). Emotional distress damages are also generally not recoverable for the negligent destruction of property. *Price v High Pointe Oil Co, Inc*, 493 Mich 238, 264 (2013). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2013

t1001



Clerk